1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

11  EDWIN GARCIA,                          1:15-cv-01642-JLT (PC)

12              Plaintiff,                 ORDER TRANSFERRING CASE TO THE
                                           CENTRAL DISTRICT OF CALIFORNIA
13        v.

14  LOS ANGELES COUNTY SHERIFFS,   et
    al.,
15
                Defendants.
16

17        Plaintiff, a state prisoner proceeding *pro se*, has filed a civil rights action pursuant to 42

18  U.S.C. § 1983.

19        The federal venue statute requires that a civil action, other than one based on diversity

20  jurisdiction, be brought only in "(1) a judicial district where any defendant resides, if all

21  defendants reside in the same state, (2) a judicial district in which a substantial part of the events

22  or omissions giving rise to the claim occurred, or a substantial part of the property that is the

23  subject of the action is situated, or (3) a judicial district in which any defendant may be found, if

24  there is no district in which the action may otherwise be brought." 28 U.S.C. §1391(b).

25        In this case, none of the defendants reside in this district.  The claim arose in Los Angeles

26  County, which is in the Central District of California.  Therefore, plaintiff's claim should have

27  been filed in the United States District Court for the Central District of California.  In the interest

28

1  of justice, a federal court may transfer a complaint filed in the wrong district to the correct

2  district.  See 28 U.S.C. § 1406(a); Starnes v. McGuire, 512 F.2d 918, 932 (D.C. Cir. 1974).

3  Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the United

4  States District Court for the Central District of California.

5

6  IT IS SO ORDERED.

7  Dated:   **November 17, 2015**                    **/s/ Jennifer L. Thurston**
                                                    UNITED STATES MAGISTRATE JUDGE

2