JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| EDWIN GARCIA,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>LOS ANGELES COUNTY SHERIFFS et al.,<br><br>　　　　Defendants. | No. CV 15-09010-DOC (DFM)<br><br>JUDGMENT |

　　Pursuant to the Order Dismissing Plaintiff's Complaint Without Leave to Amend,

　　IT IS HEREBY ADJUDGED that the Complaint is dismissed without leave to amend and this action is dismissed with prejudice.

Dated: January 15, 2016

　　　　　　　　　　　　　　　　　　　/s/ David O. Carter
　　　　　　　　　　　　　　　　　　　DAVID O. CARTER
　　　　　　　　　　　　　　　　　　　United States District Judge